NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDOLPH CREWS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5151

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-068, Senior Judge Bohdan A. Futey.

---

**ON MOTION**

---

# ORDER

Randolph Crews moves for leave to proceed in forma pauperis. The court treats Crews' submission as a motion for reconsideration of the court's order dismissing this appeal for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for reconsideration is granted. The October 4, 2010 dismissal order is vacated, the appeal is reinstated, and the mandate is recalled.

(3) The United States should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

__JAN 19 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Randolph Crews
    Christopher L. Krafchek, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK